IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JERMAINE ABRAMS,
    Petitioner,
    v.     : Case No. 3:09-cv-71-KRG-KAP
RANDALL BRITTON, SUPERINTENDENT,
S.C.I. HOUTZDALE,
    Respondent

## MEMORANDUM ORDER

Petitioner's motion for reconsideration, docket no. 11, was referred to Magistrate Judge Keith A. Pesto in accordance with 28 U.S.C.§ 636(c) and Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on October 30, 2010, docket no. 12, recommending that the motion be denied. The parties were notified, pursuant to 28 U.S.C.§ 636(b)(1), that they had ten (now fourteen) days to serve and file written objections to the Report and Recommendation. No objections were filed and the time to do so has expired.

Upon review of the record of this matter and the Report and Recommendation, the following order is entered:

AND NOW, this 2nd day of September 2010, it is

ORDERED that the motion for reconsideration, docket no. 11, is denied.

BY THE COURT:

/s/ Kim R. Gibson
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

    Jermaine Abrams FT-4853
    S.C.I. Houtzdale
    P.O. Box 1000
    Houtzdale, PA 16698-1000